

# NUMBER 13-24-00372-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE ESTATE OF STEVEN ANDRE PRUE SR., DECEASED

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Memorandum Opinion by Justice Silva**

On July 29, 2024, appellant Christopher Jeffrey Prue filed a notice of appeal on an order rendered in the underlying probate proceeding, trial court cause number 2022-PR-00004-2. That same day, the Clerk of the Court requested appellant to remit a $205.00 filing fee. On August 12, 2024, the Clerk of the Court notified appellant he was delinquent in remitting a $205.00 filing fee. The Clerk of the Court further notified appellant the appeal

was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3 (b), (c).

On September 23, 2024, we abated the matter for the trial court to determine appellant's indigency status and whether appellant was entitled to proceed without the payment of fees. On October 10, 2024, the Honorable Rogelio Valdez held an indigency hearing. The trial court found that "he is not indigent, and he is able to pay." On October 22, 2024, the trial court signed an "Order on Indigency Request of Appellate Court." On October 23, 2024, the case was reinstated, and on October 31, 2024, the Clerk of the Court sent a final notice to the appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of the Court further notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. *See id*. To date, the filing fee has not been paid.

Texas Rule of Appellate Procedure 42.3 permits an appellate court to dismiss the appeal for want of prosecution for failure to comply with a requirement of the appellate rules. *See id*. The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. Accordingly, the appeal is dismissed for want of prosecution. *Id*. Any pending motions are denied as moot.

CLARISSA SILVA
Justice

Delivered and filed on the
21st day of November, 2024.

2